ALTEMUS & WAGNER
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

Stewart C. Altemus (State Bar #98746)

Attorney for Plaintiff LONNELL SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONNELL SMITH,

        Plaintiff,

  vs.

DATEX-OHMEDA, INC., et al,

        Defendants.
_____/

Case No. C 09-01057 JL

**REQUEST FOR DISMISSAL AND ORDER THEREON**

TO THE CLERK:

Please dismiss this action as follows:

Without prejudice **ONLY AS TO DEFENDANT PENLON AMERICA, INC.**

Dated: April 17, 2009.

                  ALTEMUS & WAGNER

                  By: /s/ Stewart C. Altemus
                  Stewart C. Altemus
                  Attorney for Plaintiff

<u>ORDER</u>

Pursuant to the Request for Dismissal of Plaintiff, LONNELL SMITH, Defendant PENLON AMERICA, INC. is dismissed as a Defendant in the above-entitled action, without prejudice.

Dated: 4/24/09

IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
Notice of Inclusion