1
ALTEMUS & WAGNER
ATTORNEYS AT LAW

2
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

3

4
Stewart C. Altemus (State Bar #98746)

5
Attorney for Plaintiff LONNELL SMITH

6
UNITED STATES DISTRICT COURT

7
NORTHERN DISTRICT OF CALIFORNIA

8

9
LONNELL SMITH,

10
                    Plaintiff,                           Case No.  3:09-cv-01057-PJH

11
        vs.                                              **STIPULATION AND [PROPOSED]
                                                         ORDER TO DISMISS THE
12
DATEX-OHMEDA, INC., et al                                COMPLAINT AND TOLL THE
                                                         STATUTE OF LIMITATIONS**
13
                    Defendants.
                                                    /
14

15

16

17
        Plaintiff, LONNELL SMITH, ("Plaintiff") and Defendants, DATEX-OHMEDA, INC.

18
("Datex-Ohmeda") (erroneously sued as GE Healthcare, Inc.) and ABBOTT LABORATORIES

19
("Abbott") by and through their respective counsel of record, hereby stipulate:

20
        1.   Dismissal of the Complaint against Datex-Ohmeda, Inc. and Abbott without prejudice.

21
        Plaintiff will file a formal dismissal without prejudice of her pending Complaint against

22
Datex-Ohmeda and Abbott within twenty (20) days following entry of the Court's order

23
implementing this stipulation.

24
        2.   Agreement for Future Re-service of the Complaint.

25
        If Plaintiff subsequently elects to pursue her Complaint against Datex-Ohmeda and/or Abbott

26
she must do so within sixty (60) calendar days following a settlement of, or final judgment in,

27
*Lonnell Smith v. St. Joseph Hospital*, *et al*, Case No. DR080194, Humboldt County, or the dismissal

28
shall be deemed to be with prejudice.  The parties further stipulate that, in defending any such action,

1  neither Datex-Ohmeda nor Abbott will assert any statute of limitations defense that did not exist as

2  of the original date of the service of the above-entitled Complaint.

3      SO STIPULATED.

4      Dated: June 9, 2009.              ALTEMUS & WAGNER
                                         Stewart C. Altemus
5                                        1255 Sacramento Street
                                         Redding CA 96001
6
                                         By: /s/ Stewart C. Altemus
7                                        Attorneys for Plaintiff, Lonnell Smith

8      Dated: June 9, 2009.              GLYNN & FINLEY, LLP
                                         Clement L. Glynn
9                                        One Walnut Creek Center
                                         100 Pringle Avenue, Suite 500
10                                       Walnut Creek, CA 94596

11
                                         By: /s/ Clement L. Glynn
12                                       Attorneys for Defendant
                                         Datex-Ohmeda (erroneously sued
13                                       as GE Healthcare, Inc.)

14     Dated: June 9, 2009.              GORDON & REES, LLP
                                         Brian J. Mooney
15                                       275 Battery Street, Suite 200
                                         San Francisco, CA
16
                                         By: /s/ Brian J. Mooney
17                                       Attorneys for Defendant
                                         Abbott Laboratories
18

19                            **ATTESTATION**

20     I, Stewart C. Altemus, hereby attest that, pursuant to General Order 45, Section XB,

21  concurrence in the filing of this document has been obtained from each of the other signatories

    herein.
22     Dated: June 9, 2009.              ALTEMUS & WAGNER

23                                       By: /s/ Stewart C. Altemus
24                                       Attorney for Plaintiff, Lonnell Smith

25                            [~~PROPOSED~~] ORDER

26     IT IS SO ORDERED.

27     Dated: _____06/11/09_____.

28                                       The Honorable Phyllis J. Hamilton
                                         United States District Judge Phyllis J. Hamilton