**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

Stewart C. Altemus (State Bar #98746)

Attorney for Plaintiff LONNELL SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONNELL SMITH,

        Plaintiff,

vs.

DATEX-OHMEDA, INC., et al,

        Defendants.
_____/

Case No. C 09-01057-PJH

**REQUEST FOR DISMISSAL AND ORDER THEREON**

TO THE CLERK:

    Please dismiss this action as follows:

    **Without prejudice** as to Defendants DATEX-OHMEDA, INC. (erroneously sued herein as GE Healthcare, Inc.) and ABBOTT LABORATORIES.

    Dated: June 15, 2009.

    ALTEMUS & WAGNER

    /s/ Stewart C. Altemus
    Stewart C. Altemus
    Attorney for Plaintiff

ORDER

    Pursuant to the Request for Dismissal of Plaintiff, LONNELL SMITH, Defendants DATEX-OHMEDA, INC. (sued herein as GE Healthcare, Inc.) and ABBOTT LABORATORIES are dismissed **without prejudice**.

Dated: 06/16/09 _____

~~Clerk, By~~

_____
Judge Phyllis J. Hamilton